AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Carlos Jose GUZMAN-PINEDA<br><br>_Defendant(s)_ | Case No. 3:25-mj-609 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 25, 2025** in the county of **Walsh** in the _____ District of **North Dakota**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(1) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Christopher Potts, Special Agent, FBI
_Printed name and title_

Sworn to before me ~~and signed in my presence.~~ via telephone.

Date: August 27, 2025

City and state: Fargo, ND

_Judge's signature_

Alice R. Senechal, U.S. Magistrate Judge
_Printed name and title_